MEMBERS
**ALAN GERSHEL**
*CHAIRPERSON*
**PETER A. SMIT**
*VICE-CHAIRPERSON*
**REV. DR. LOUIS J. PRUES**
*SECRETARY*
**LINDA M. ORLANS**
**JASON M. TURKISH**
**ANDREAS SIDIROPOULOS, MD**
**KATIE STANLEY**
**TISH VINCENT**
**KAMILIA K. LANDRUM**

STATE OF MICHIGAN
ATTORNEY DISCIPLINE BOARD



**MARK A. ARMITAGE**
*EXECUTIVE DIRECTOR*
—
**WENDY A. NEELEY**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JODIE GROH**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—

www.adbmich.org

**333 WEST FORT STREET, SUITE 1700**
**DETROIT, MICHIGAN 48226-3147**
**PHONE: 313-963-5553**

## NOTICE OF SUSPENSION

Case No. 23-8-GA

**Notice Issued: March 11, 2024**

David L. Wisz, P 55981, Birmingham, Michigan, by the Attorney Discipline Board Tri-County Hearing Panel #54

Suspension - 18 Months, Effective March 9, 2024[1]

The Grievance Administrator filed a formal complaint alleging that respondent engaged in professional misconduct when he applied for a position as a patent attorney even though his license to practice law was suspended from a prior unrelated disciplinary matter, when he knowingly and intentionally submitted an outdated resume that contained false information in order to deceive his prospective employer, and when he made a false statement about his employment history in his affidavit of personal history attached to his petition for reinstatement, filed on May 28, 2022.

The panel found that respondent made a false statement of material fact regarding his employment history on his affidavit of personal history, in violation of MRPC 8.1(a)(1) and MCR 9.104(6); submitted false information in his affidavit of personal history and that this submission was dishonest, deceitful, and a misrepresentation, reflecting adversely on his honesty, trustworthiness, and fitness as a lawyer, in violation of MRPC 8.4(b); held himself out as an attorney while his license to practice law was suspended, in violation of MCR 9.119(E)(4); and violated an order of discipline by submitting a resume that listed respondent's Michigan bar license while his license was suspended, in violation of MCR 9.104(9). The panel also found that respondent's conduct violated MCR 9.104(1)-(3) and MRPC 8.4(c).

The panel ordered that respondent's license to practice law in Michigan be suspended for 18 months, effective March 9, 2024. Costs were assessed in the amount of $2,208.00.

---

[1] Respondent's license to practice law in Michigan has been continuously suspended since October 1, 2021. See Notice of Suspension (By Consent) issued on July 30, 2021, in *Grievance Administrator v David L. Wisz*, 20-79-GA.